**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6102**

PATRICK BERTRAM WALKER,

Petitioner - Appellant,

v.

WARDEN OF BROAD RIVER CORRECTIONAL INSTITUTION,

Respondent - Appellee,

and

STATE OF SOUTH CAROLINA,

Respondent.

Appeal from the United States District Court for the District of South Carolina, at Aiken. Henry M. Herlong, Jr., Senior District Judge. (1:09-cv-02672-HMH)

Submitted: May 16, 2017                                   Decided: May 30, 2017

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Patrick Bertram Walker, Appellant Pro Se. William Edgar Salter, III, Assistant Attorney General, Donald John Zelenka, Deputy Attorney General, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Bertram Walker appeals the district court's text order denying his Motion to Correct the Record and Emergency Relief. We have reviewed the record and Walker's claims and find no reversible error. Accordingly, we affirm the district court's text order. *Walker v. Warden*, No. 1:09-cv-02672-HMH (D.S.C. Dec. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*